IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF/RESPONDENT

v.                              Case Nos. 2:13-CV-02044
                                          2:11-CR-20043

JAIME ACEVES-MARTINEZ                                             DEFENDANT/PETITIONER

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 110) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections and the time period for filing objections has passed.[1]

The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error,[2] and should be and hereby is ADOPTED IN ITS ENTIRETY. IT IS THEREFORE ORDERED that Petitioner Jaime Aceves-Martinez's motion for leave to file a new 2255 motion (Doc. 108) is DENIED.

IT IS SO ORDERED this 31st day of July, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

---

[1] It appears that the Magistrate's report and recommendations was sent to Petitioner's last-known address and returned marked as undeliverable and unable to forward. Pursuant to Local Rule 5.5(c)(2), "[i]t is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."

[2] While the Court does note a drafting error in that a paragraph is repeated on page 2 of the report and recommendation, this or any other drafting errors are not legal errors affecting the rights of the Petitioner and do not require the Court to depart from the recommendations or findings contained in the report.